STATE v. RICHARDSON

No. 78 PC.

Case below: 14 N.C. App. 86.

Petition for writ of certiorari to North Carolina Court of Appeals denied 1 November 1973.

STATE v. STANBACK

No. 67 PC.

Case below: 19 N.C. App. 375.

Petition for writ of certiorari to North Carolina Court of Appeals denied 1 November 1973.

STATE v. WALSH

No. 53 PC.

Case below: 19 N.C. App. 420.

Petition for writ of certiorari to North Carolina Court of Appeals denied 1 November 1973.

WILLIAMS v. GENERAL MOTORS CORP.

No. 59 PC.

Case below: 19 N.C. App. 337.

Petition for writ of certiorari to North Carolina Court of Appeals denied 1 November 1973.